IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

JOE KEMP,

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

Appellant,

v.

CASE NO. 1D15-846

STATE OF FLORIDA,

Appellee.

_____/

Opinion filed February 2, 2016.

An appeal from the Circuit Court for Duval County.
Jack M. Schemer, Judge.

Diana L. Johnson of Johnson and Lufrano, P.A., Jacksonville, for Appellant.

Pamela Jo Bondi, Attorney General, Samuel B. Steinberg, Assistant Attorney General, Tallahassee, for Appellee.

PER CURIAM.

AFFIRMED.

WOLF and THOMAS, JJ., CONCUR; ROBERTS, C.J., DISSENTS WITHOUT OPINION.